**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6949**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TONY MARICHAL SHARP, a/k/a TJ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:13-cr-00237-D-2)

Submitted:  October 23, 2018                    Decided:  October 26, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Marichal Sharp, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Marichal Sharp appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Sharp*, No. 5:13-cr-00237-D-2 (E.D.N.C. July 20, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*